# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CRESCENT SHORES PROPERTIES INC.,

    VS                                        CASE NO.  3:06cv387/MCR/MD

LANDMARK AMERICAN INSURANCE
COMPANY,

**REFERRAL AND ORDER**

Referred to Judge Rodgers on      October 10, 2006
Type of Motion/Pleading: AMENDED MOTION TO REMAND AND MEMORANDUM IN SUPPORT
Filed by: PLAINTIFF    on 10/6/06    Document 14 & 15
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                    on              Doc.#
                                    on              Doc.#
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Teresa Cole
                                    Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 10th day of October, 2006, that:

     The requested relief is GRANTED.  The case is remanded to state court; however, the court will retain jurisdiction to consider plaintiff's requests for fees and costs.  Plaintiff shall have twenty (20) days to file a memorandum of law on this question with the appropriate support for the amount of fees and costs requested. Defendant shall have fourteen (14) days to respond.

                                    s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.